FILED
CHARLOTTE, NC

MAR 18 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25cr54-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **BILL OF INDICTMENT** |
| v. ) | |
| ) | Violation: 8 U.S.C. § 1326(a) |
| DEYVI CARLOS PEREZ MORALES, a/k/a ) | |
| CARLOS PEREZ MORALES ) | |

## THE GRAND JURY CHARGES:

### COUNT ONE

On or about March 8, 2025, in Union County, within the Western District of North Carolina, and elsewhere, the defendant,

**DEYVI CARLOS PEREZ MORALES, a/k/a
CARLOS PEREZ MORALES**

being an alien, while an order of exclusion, deportation or removal was outstanding, knowingly and unlawfully did and attempted to enter and was found in the United States without the express advance consent of the Attorney General or Homeland Security Secretary, and this occurred after he had been deported and removed from the United States.

All in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

_____
FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

_____
KENNETH M. SMITH
ASSISTANT UNITED STATES ATTORNEY