# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA

## RULE 32
## WAIVER/AGREEMENT

UNITED STATES OF AMERICA

vs.

Deyvi Carlos Perez-Morales      Docket No.: 3:25-cr-54-MOC

---

The parties agree to sentencing in this matter during the next available sentencing date and agree to waive any applicable time limits pursuant to Fed.R.Crim.P.32.

_____      8.20.2025
Kenneth Smith, Asst. U.S. Attorney    Date

_____      8/20/2025
Carson Smith, Attorney for Defendant    Date

_____      8/21/2025
Deyvi Carlos Perez-Morales, Defendant    Date